J S - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

PROTECTIVE INSURANCE COMPANY,

            Plaintiff,

            v.

GEORGE WILLOUGHBY et al.,

            Defendants.

Case No. 5:24-cv-02251-SSS-DTBx

**J U D G M E N T**

Pursuant to the Order Granting Plaintiff's Motion for Default Judgment,

IT IS ADJUDGED that judgment is entered in favor of Plaintiff against Defendant David W. Case as follows:

- Big Bear Moving satisfied the statutory transfer requirements under California Vehicle Code § 5602;

- David W. Case does not qualify as a named insured under the Protective Policy, Policy No. MC-000000529-00 issued to Big Bear Moving ("the Policy");

- David W. Case does not qualify as a permissive user under the Policy; and

1

- David W. Case is not entitled to coverage under the Protective Policy for claims and/or damages asserted against him, any future settlement reached on his behalf, and/or any future judgment rendered against him in the Underlying Lawsuit.

Dated: May 15, 2026

_____
SUNSHINE S. SYKES
United States District Judge